**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7570

KEENAN M. WILLIAMS,

Plaintiff - Appellant,

versus

JAMES FARRIOR, personally and in his official
capacity; FREDY WHEELER, personally and in his
official capacity; DARYL HOOKS, personally and
in his official capacity; JEFF GEORGE,
personally and in his official capacity;
CHRISTINA BARGLOFF, personally and in her
official capacity; J. NORWOOD, personally and
in his official capacity; JOSEPH BROOKS,
personally and in his official capacity,
BUREAU OF PRISONS,

Defendants - Appellees,

and

FEDERAL CORRECTIONAL INSTITUTION - PETERSBURG;
FEDERAL BUREAU OF PRISONS,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-03-519-1)

Submitted: January 28, 2005      Decided: February 24, 2005

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Keenan M. Williams, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keenan M. Williams appeals the district court's order granting summary judgment to Defendants in Williams' action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Farrior</u>, No. CA-03-519-1 (E.D. Va. Sept. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>